1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel:  (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiff, Gretchen Mazzera

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN  DISTRICT OF CALIFORNIA**

10 | GRETCHEN MAZZERA, an individual, | **CASE NO:  CV11-02461-GEB-CKD** |
|---|---|
11 | PLAINTIFF, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS (PRE TRIAL SCHEDULING) CONFERENCE** |
12 | v. | |
13 | AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and | **Date:**  January 30, 2012<br>**Time:**  9:00 a.m. |
14 | DOES 1-100, jointly and severally, | **Dept.:**  Courtroom 10<br>**Judge:** Honorable Garland E. Burrell |
15 | DEFENDANTS. | |

16

17      Pursuant to the Court's September 20, 2011 Order, a Status (Pre Trial Scheduling)
18 Conference in the above referenced matter was scheduled for January 30, 2012.  The Order further
19 required the parties to file a joint status report no later than January 16, 2012.  For the reasons set
20 forth below, Plaintiff respectfully requests that the Court continue the Status (Pre Trial Scheduling)
21 Conference scheduled for January 30, 2012 to February 13, 2012, at 9:00 a.m..

22      On October 6, 2011, counsel for AT&T Mobility Services LLC ("AT&T Mobility") advised
23 Plaintiff's counsel that none of the four Defendants named in the Complaint were proper parties to
24 this case, and further advised that, based on the allegations of the Complaint, the only entity which
25 should have been named as a Defendant was his client, AT&T Mobility.  In reliance on those
26 representations, Plaintiff filed a First Amended Complaint on October 25, 2011, which removed
27 all prior Defendants, and named the new, current, Defendant AT&T Mobility.  Said Defendant was
28 subsequently served on November 4, 2011 via Waiver of Service of Summons.  On November 15,

1  2011 Plaintiff received the signed Waiver of Service from Defendant and filed the Proof of Service with the Court. Defendant's answer to the complaint is due on January 3, 2012, and Plaintiff does not anticipate the Defendant will appear until that date.

This case is one of approximately 93 pending cases which Plaintiff's counsel has filed throughout the United States District Courts in California against Defendant AT&T Mobility on behalf of current or former employees based on violations of the Fair Labor Standards Act. Plaintiff's counsel and counsel for Defendant AT&T Mobility have spoken numerous times regarding the legal issues involved in this case (and the other pending AT&T Mobility cases), including anticipated discovery, and are working together to handle these cases in the most efficient, cost-effective manner.

Given that the new Defendant has not yet appeared, is not obligated to appear, and will not appear prior to January 3, 2012, Plaintiff believes that continuing the Status (Pre Trial Scheduling) Conference until February 13, 2012, would allow the only Defendant's counsel to appear, and provide both parties ample and reasonable time to Meet and Confer and prepare the Joint Status Report. Plaintiff's counsel and Defendant have a conference in a similar matter (Case No. CV11-02458-GEB-CMK) before the court at that time as well. Plaintiff would be happy to discuss this matter at that conference, if the Court finds it most efficient.

NOW, THEREFORE, subject to the Court's approval, Plaintiff, by and through her counsel of record, respectfully asks the following:

1.  That the Status (Pre Trial Scheduling) Conference be continued from January 30, 2012, at 9:00 a.m., to February 13, 2012, at 9:00 a.m.; and

2.  That the corresponding deadline to file the Joint Status Report be continued to January 30, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 16, 2011         /s/   Joel R. Bryant
                                 Joel R. Bryant, Esq.
                                 Jbryant@gbflawyers.com
                                 Attorney for Plaintiff
                                 GRETCHEN MAZZERA

- 2 -                    Case No: CV11-02461-GEB-CKD
STIPULATION AND ORDER TO CONTINUE STATUS (PRE TRIAL SCHEDULING) CONFERENCE

1 **ORDER**

2 **IT IS ORDERED THAT:**

3    1.    The Status (Pre Trial Scheduling) Conference is continued from January 30, 2012, at 9:00 a.m., to February 13, 2012, at 9:00 a.m.

5    2.    A joint status report shall be filed fourteen days prior to the hearing.

**Dated:  December 19, 2011**

_____
**GARLAND E. BURRELL, JR.
United States District Judge**